UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>*Defendant.* | Civil Action No. 21-1005 (JEB) |

## NOTICE OF FILING *VAUGHN* INDEX

In this Freedom of Information Act ("FOIA") action, Plaintiff, Center for Public Integrity, seeks information from databases maintained by Defendant, the U.S. Department of Labor.

Defendant, by and through undersigned counsel, hereby files a declaration supporting the withholding of exempted documents under FOIA, as well as accompanying exhibits and a *Vaughn* index, pursuant to the Court's June 23, 2021 Order.

Dated: July 27, 2021

                                          Respectfully submitted,

                                          CHANNING D. PHILLIPS
                                          Acting United States Attorney

                                          BRIAN P. HUDAK
                                          Acting Chief, Civil Division

                                          By: */s/ Dedra S. Curteman*
                                          DEDRA S. CURTEMAN, IL Bar #6279766
                                          Assistant United States Attorney
                                          555 Fourth St., N.W.
                                          Washington, D.C. 20530
                                          Telephone: (202) 252-2550
                                          dedra.curteman@usdoj.gov

                                          *Counsel for Defendant*