| | |
|---|---|
| **From:** | Alexia Campbell via iFOIA.org |
| **To:** | FOIARequests |
| **Subject:** | Public Records Request |
| **Date:** | Thursday, October 22, 2020 3:54:33 PM |
| **Attachments:** | WHD-database-FOIA-2.pdf |

Reply ABOVE THIS LINE

Dear FOIA Officer:

Attached is a formal request for public records. Please feel free to contact me at this email address or at 202-270-6111 with any questions.

Thank you for your assistance.

Sincerely,

Alexia Campbell

This message was sent via iFOIA.org. If you have questions about iFOIA, please refer to the About page or email ifoia-help@rcfp.org.

*This message was sent via iFOIA.org.*

*Center for Public Integrity v. DOL,* 21-1005 (JEB) / Exhibit 1



910 17th Street N.W., 7th Floor
Washington, DC 20006-2606
December 3, 2019

FOIA Officer
Department of Labor
Wage and Hour Division
200 Constitution Avenue, NW
Room S3013F
Washington, DC 20210
(202) 693-1999
foiarequest@dol.gov

Dear FOIA Officer:

    This is a request under the Freedom of Information Act.

    On behalf of the Center for Public Integrity and myself, jointly, I request that you provide us copies of the records identified and described below – or of records containing the information identified and described below:

- The complete database or other similar electronic copy of all concluded Wage and Hour Division compliance actions from 2005 to the date you conduct the responsive search, including a field indicating the statute under which each complaint was filed or under which each investigation was initiated. (The data posted on the Department of Labor's Data Enforcement web page does not include all available fields).

    Format: we prefer to receive records in the following formats, listed in order of preference:
    (1) a spreadsheet format such as an Excel file, tab-delimited file or similar;
    (2) word processing file, text-based PDF, or similar;
    (3) other non-proprietary electronic format

Please also provide any and all documentation related to such electronic records, including but not limited to data dictionaries, database documentation, record layouts, code sheets, data entry instructions, and similar printed or electronic documentation materials.

    We specifically request all portions of any record responsive to the description above. If you withhold any record or any portion of a record as exempt, we specifically request the release of all segregable non-exempt portions, including but not limited to email header information (e.g., sender, recipients, date, subject) and analogous information in non-email documents.

If you withhold any record or portion of a record, please specify which statutory exemptions are claimed for each withholding. Please separately state how disclosure would harm an interest protected by the cited exemption. Please describe each record withheld, including its date and size (e.g., amount of electronic memory or number of paper pages).

Please respond within 20 working days, as the Act provides, or notify me if "unusual" or "exceptional" circumstances apply (as the Act uses those terms).

**Request for fee reduction as a representative of the news media**

The Center for Public Integrity is a news media organization, and therefore this request should be exempt from all fees for search and review. This request is being made in connection with the Center's newsgathering functions and not for any other commercial purpose. The Center intends to produce one or more original investigative reports based on analysis of the requested information. The Center's work has won the Pulitzer Prize in 2014 and 2017 and numerous other journalism awards (see http://www.publicintegrity.org/about/our-work/awards).

The only federal court to consider the issue has held that the Center "is entitled to treatment as a representative of the news media for purposes of FOIA." *Center for Public Integrity v. HHS*, Civil Case No. 06-1818, 2007 U.S. Dist. LEXIS 56172 (D.D.C. Aug. 3, 2007), https://ecf.dcd.uscourts.gov/cgi-bin/show_public_doc?2006cv1818-15. In addition, our reporters covering Congress and congressional committees are credentialed by the Standing Committee of Correspondents of the Congressional Daily Press Gallery.

We expect that duplication fees for producing electronic records will be minimal. If there are processing fees greater than $25, inform me before you fill the request, and I will provide additional information in support of a public interest fee waiver.

Please feel free to contact me about any aspect of this request. In principle, the Center is willing to consider ways in which the request might reasonably be narrowed.

Thank you for your attention to this request.

Sincerely,

Alexia Fernandez Campbell
Center for Public Integrity
910 17th Street N.W., 7th Floor
Washington, DC 20006-2606
202-270-6111
Acampbell@publicintegrity.org