| TBNAME | DATAELEMENT | Primary Key | NULLABLE | COLTYPE | LENGTH | DESCRIPTION |
|---|---|---|---|---|---|---|
| CASE_ACT_EER_SUM | CASE_ID | P1 | N | INTEGER | 4 | WHISARD CASE ID |
| CASE_ACT_EER_SUM | ACT_ID | P2 | N | VARCHAR | 6 | Act ID; FK V_ACT |
| CASE_ACT_EER_SUM | CASE_EER_ID | | N | INTEGER | 10 | CASE_EMPLOYEES.EMPLOYEE_ID OR CASE_EMPLOYER.EMPLOYER id |
| CASE_ACT_EER_SUM | ER_EE_VIOL | | N | CHAR | 1 | This an ee (E) or an employer (R) record. This will determine where to look for the parent record either CASE_EMPLOYEES ro CASE_EMPLOYEI sum of ees_represented for this act for this case from Case_Act_Eer_Viol. This is the sum of ees represented because of the summary records used |
| CASE_ACT_EER_SUM | TTL_ACT_VIOLATIONS | | Y | SMALLINT | 2 | previously to 2004 when summary records were done away with. There could have been more thatn 1 employee rep |
| CASE_ACT_EER_SUM | AMT_BW_COMPUTED | | Y | DECIMAL | 16 | amount of BW computed for this violation(MW + OT) |
| CASE_ACT_EER_SUM | AMT_BW_ASSESSED | | Y | DECIMAL | 16 | amount of BW assessed for this violation(MW + OT) |
| CASE_ACT_EER_SUM | AMT_LD_ASSESSED | | Y | DECIMAL | 16 | amount of LD assessed |
| CASE_ACT_EER_SUM | TTL_BW_PAID | | Y | DECIMAL | 16 | total BW computed to date for this ee for this act |
| CASE_ACT_EER_SUM | TTL_CMP_PAID | | Y | DECIMAL | 16 | total CMP agreed to date for this ee for this act |
| CASE_ACT_EER_SUM | RESOLUTION_DATE | | Y | DATE | 4 | Date final resolution received |
| CASE_ACT_EER_SUM | RESOLUTION_EE_CNT | | Y | INTEGER | 4 | count of Employees after litication or RSOL Action |
| CASE_ACT_EER_SUM | RESOLUTION_BW_AMT | | Y | DECIMAL | 16 | amount of Backwages due after resolution negotiations or litigation |
| CASE_ACT_EER_SUM | RESOLUTION_CMP_AMT | | Y | DECIMAL | 16 | amount of CMPs due after resolution negotiations or litigation |
| CASE_ACT_EER_SUM | DATE_BW_PAID | | Y | DATE | 4 | Date of last payment from any source for BW |
| CASE_ACT_EER_SUM | DATE_CMP_PAID | | Y | DATE | 4 | Date of last payment for CMP |
| CASE_ACT_EER_SUM | FLAG_INCLUDE | | Y | CHAR | 1 | Include this record in reports WH56 label requests; default N |
| CASE_ACT_EER_SUM | DATE_CHANGED | | Y | TIMESTMP | 10 | Date of last rollup of this record |
| CASE_ACT_EER_VIOL | CASE_ID | P1 | N | INTEGER | 4 | WHISARD CASE ID |
| CASE_ACT_EER_VIOL | ACT_ID | P2 | N | VARCHAR | 6 | act ID |
| CASE_ACT_EER_VIOL | CASE_EER_ID | P3 | N | INTEGER | 4 | Employee id OR EMPLOYER id |
| CASE_ACT_EER_VIOL | VIOLATION_ID | P4 | N | SMALLINT | 2 | violation_id from V_ACT_VIOLATION table |
| CASE_ACT_EER_VIOL | HAZ_OCCP_ID | P5 | N | SMALLINT | 2 | cl haz occupation code - blank for all acts except CL |
| CASE_ACT_EER_VIOL | ACT_SPECIFIC_INFO | | N | VARCHAR | 30 | act specific info ie act = GovtCt = contract id MSPA Housing = site MSPA Trans = Vehicle ID |
| CASE_ACT_EER_VIOL | ER_EE_VIOL | | N | CHAR | 1 | This an employee (E) or an employer [R] record flag |
| CASE_ACT_EER_VIOL | VIOLATION_TYPE | | Y | VARCHAR | 6 | Pick up from V_ACT_VIOLATIONS table. Used for reporting and selecting additional info |
| CASE_ACT_EER_VIOL | DATE_BEG_VIOL | | Y | DATE | 4 | Date begin violation |
| CASE_ACT_EER_VIOL | DATE_END_VIOL | | Y | DATE | 4 | Date end violation |
| CASE_ACT_EER_VIOL | CMP_AMT_AT_INVEST | | Y | DECIMAL | 16 | CMP amount per violation at time of assessment; stored so that future changes to CMP will not affec |
| CASE_ACT_EER_VIOL | AMT_BW_COMPUTED | | Y | DECIMAL | 16 | amount of BW computed for this violation |
| CASE_ACT_EER_VIOL | AMT_BW_ASSESSED | | Y | DECIMAL | 16 | amount of BW agreed/assessed to for this violation |
| CASE_ACT_EER_VIOL | AMT_LD_ASSESSED | | Y | DECIMAL | 16 | amount of LD assessed |
| CASE_ACT_EER_VIOL | EE_AGE_AT_VIOL | | Y | SMALLINT | 2 | employee age at time of violation mostly for CL |
| CASE_ACT_EER_VIOL | INJURY_VIOLATION | | Y | CHAR | 1 | Y/N; was injury a result of the violation |
| CASE_ACT_EER_VIOL | INJURY_LEVEL_ID | | Y | SMALLINT | 2 | Injury level: serious permanent death |
| CASE_ACT_EER_VIOL | DATE_OF_INJURY | | Y | DATE | 4 | Date injury occurred |
| CASE_ACT_EER_VIOL | AGE_AT_INJURY | | Y | SMALLINT | 2 | age at time of injury |
| CASE_ACT_EER_VIOL | ACCIDENT_REPORT | | Y | CHAR | 1 | Y/N; accident report obtained and in file? |
| CASE_ACT_EER_VIOL | TIME_LOST_ON_JOB | | Y | SMALLINT | 2 | number of days lost work because of injury |
| CASE_ACT_EER_VIOL | NUM_EES_REPRESENTD | | Y | INTEGER | 4 | total number of employees represented by this violation |
| CASE_ACT_EER_VIOL | OTHER_EES_INVOLVED | | Y | SMALLINT | 2 | for H2A - number of other ees involved; ie not H2A ees |
| CASE_ACT_EER_VIOL | OTH_COMPLY_ACTIONS | | Y | SMALLINT | 2 | Picklist of other compliance Actions |
| CASE_ACT_EER_VIOL | COMPLIANCE_STATUS | | Y | SMALLINT | 2 | Compliance Status - compliance Refuse to comply no applicable |
| CASE_ACT_EER_VIOL | COMPLY_REASON_ID | | Y | SMALLINT | 2 | Compliance status reason id; FK V_COMPLY_REASON |
| CASE_ACT_EER_VIOL | VIOL_OCCURANCE | | Y | SMALLINT | 2 | number of occurrances of this violation - primarily for FMLA |
| CASE_ACT_EER_VIOL | CORRECTED_VIOL | | Y | CHAR | 1 | Y/N; Was violation corrected during investigation?? |
| CASE_ACT_EER_VIOL | OSHA_COMBINED | | Y | CHAR | 1 | Y/N; Was this violation combined in another CMP category? |
| CASE_ACT_EER_VIOL | REASON_ID | | Y | SMALLINT | 2 | Violation reason |
| CASE_ACT_SUMMARY | CASE_ID | P1 | N | INTEGER | 4 | WHISARD CASE ID |
| CASE_ACT_SUMMARY | ACT_ID | P2 | N | VARCHAR | 6 | Act ID; FK V_ACT |
| CASE_ACT_SUMMARY | TTL_ACT_VIOLATIONS | | Y | SMALLINT | 2 | total number of violations for this ACT |
| CASE_ACT_SUMMARY | DATE_FINDINGS_SUB | | Y | DATE | 4 | Date findings submitted for this ACT |
| CASE_ACT_SUMMARY | FINDINGS_TOTAL_EES | | Y | INTEGER | 4 | Undup EES due backwages (bw_computed > 0) if summary act reporting no rollup of f |
| CASE_ACT_SUMMARY | FINDINGS_EE_CNT | | Y | INTEGER | 4 | Unduplicated Ees with violations excluding "00" violation; if summary act reporting no rollup of |
| CASE_ACT_SUMMARY | AGRD_TO_DATE | | Y | DATE | 4 | Date amounts agreed to |
| CASE_ACT_SUMMARY | AGRD_TO_EES_CNT | | Y | INTEGER | 4 | undupees where bw_computed > 0 and bw_computed = bw_assessed |
| CASE_ACT_SUMMARY | AMT_BW_COMPUTED | | Y | DECIMAL | 16 | amount of BW computed for this violation(MW + OT) |
| CASE_ACT_SUMMARY | AMT_BW_ASSESSED | | Y | DECIMAL | 16 | amount of BW assessed/agreed to for this violation(MW + OT) |
| CASE_ACT_SUMMARY | AMT_BW_PD_TO_DATE | | Y | DECIMAL | 16 | amount of BW assessed/agreed to for this violation(MW + OT) |
| CASE_ACT_SUMMARY | AMT_LD_ASSESSED | | Y | DECIMAL | 16 | amount of LD assessed |

*Center for Public Integrity v. DOL*, 21-1005 (JEB) / Exhibit 3

| Table | Column | Key | Nullable | Type | Size | Description |
|---|---|---|---|---|---|---|
| CASE_ACT_SUMMARY | AMT_CMP_PD_TO_DATE | | Y | DECIMAL | 16 | amount of CMP paid to date for this Act; use this for reporting |
| CASE_ACT_SUMMARY | DATE_RESOLUTION | | Y | DATE | 4 | Date final resolution received |
| CASE_ACT_SUMMARY | RESOLUTION_EE_CNT | | Y | INTEGER | 4 | count of Employees after litigation or RSOL Action |
| CASE_ACT_SUMMARY | RESOLUTION_BW_AMT | | Y | DECIMAL | 16 | bw amt resolved through litigation |
| CASE_ACT_SUMMARY | RESOLUTION_CMP_AMT | | Y | DECIMAL | 16 | cmp amt resolved through litigation |
| CASE_ACT_SUMMARY | RESOLVE_REASON_ID | | Y | SMALLINT | 2 | resolve reason id |
| CASE_ACT_SUMMARY | COMPLIANCE_ID | | Y | SMALLINT | 2 | compliance status for this ACT |
| CASE_ACT_SUMMARY | PAID_TO_DATE | | Y | DATE | 4 | date of last financial update; system generated |
| CASE_ACT_SUMMARY | PAID_EES_CNT | | Y | SMALLINT | 2 | total number of unduplicated Ees paid to date |
| CASE_ACT_SUMMARY | DATE_SYS_UPDATE | | Y | DATE | 4 | Date last updated by system ie rollup of case amounts; system generated |
| CASE_ACT_SUMMARY | FLAG_DETAIL_SUM | | Y | CHAR | 1 | D/S; Is this a detail(D) or summary(S) of ees record; WHMIS case with findings_total_ees > 1 = "S" |
| CASE_CMP_ASSMNT | CASE_ID | P1 | N | INTEGER | 4 | WHISARD Case ID; |
| CASE_CMP_ASSMNT | ACT_ID | P2 | N | VARCHAR | 6 | Act ID; FK V_ACT |
| CASE_CMP_ASSMNT | DATE_ASSMNT_LTR | | Y | DATE | 4 | Date the assessment letter was sent |
| CASE_CMP_ASSMNT | AMT_ASSMNT_LTR_ER | | Y | DECIMAL | 16 | Final amount of assessment in assessment letter |
| CASE_CL_SUMMARY | CASE_ID | P1 | N | INTEGER | 4 | WHISARD CASE ID |
| CASE_CL_SUMMARY | NO_CHILDREN_EMPLOY | | Y | INTEGER | 4 | number of children employed by employer |
| CASE_CL_SUMMARY | TOTAL_CHILD_INV | | Y | INTEGER | 4 | Total number of children investigated (with and without violations |
| CASE_CL_SUMMARY | NA_UN14 | | Y | INTEGER | 4 | Non-ag Unduplicated total illegally employed minors under age 14 |
| CASE_CL_SUMMARY | NA_1415 | | Y | INTEGER | 4 | .. age 14-15 |
| CASE_CL_SUMMARY | NA_1617 | | Y | INTEGER | 4 | .. age 16-17 |
| CASE_CL_SUMMARY | NA_R3_UN14 | | Y | INTEGER | 4 | Reg 3 Unduplicated total employed minors under age 14 |
| CASE_CL_SUMMARY | NA_R3HRS_UN14 | | Y | INTEGER | 4 | Reg 3 Hours Standard Violations under age 14 |
| CASE_CL_SUMMARY | NA_R3HRS_1415 | | Y | INTEGER | 4 | .. age 14-15 |
| CASE_CL_SUMMARY | NA_R3OCC_UN14 | | Y | INTEGER | 4 | Reg 3 Occupation Standard Violations under age 14 |
| CASE_CL_SUMMARY | NA_R3OCC_1415 | | Y | INTEGER | 4 | .. age 14-15 |
| CASE_CL_SUMMARY | NA_R3INJ_UN14 | | Y | INTEGER | 4 | Reg 3 Injuries under age 14 |
| CASE_CL_SUMMARY | NA_R3INJ_1415 | | Y | INTEGER | 4 | .. age 14-15 |
| CASE_CL_SUMMARY | AG_UN10 | | Y | INTEGER | 4 | Ag Unduplicated total illegally employed minors under age 10 |
| CASE_CL_SUMMARY | AG_1011 | | Y | INTEGER | 4 | .. age 10-11 |
| CASE_CL_SUMMARY | AG_1213 | | Y | INTEGER | 4 | .. age 12-13 |
| CASE_CL_SUMMARY | AG_1415 | | Y | INTEGER | 4 | .. age 14-15 |
| CASE_CL_SUMMARY | AG_MIG_UN10 | | Y | INTEGER | 4 | Ag Unduplicated total illegally employed migrants under age 10 |
| CASE_CL_SUMMARY | AG_MIG_1011 | | Y | INTEGER | 4 | .. age 10-11 |
| CASE_CL_SUMMARY | AG_MIG_1213 | | Y | INTEGER | 4 | .. age 12-13 |
| CASE_CL_SUMMARY | AG_MIG_1415 | | Y | INTEGER | 4 | .. age 14-15 |
| CASE_CL_SUMMARY | AG_NHO_UN10 | | Y | INTEGER | 4 | Ag not HO Violations under age 10 |
| CASE_CL_SUMMARY | AG_NHO_1011 | | Y | INTEGER | 4 | .. age 10-11 |
| CASE_CL_SUMMARY | AG_NHO_1213 | | Y | INTEGER | 4 | .. age 12-13 |
| CASE_CL_SUMMARY | AG_NHO_1415 | | Y | INTEGER | 4 | .. age 14-15 |
| CASE_CL_SUMMARY | AG_NHO_INJ_UN10 | | Y | INTEGER | 4 | Ag not HO Injuries under age 10 |
| CASE_CL_SUMMARY | AG_NHO_INJ_1011 | | Y | INTEGER | 4 | .. age 10-11 |
| CASE_CL_SUMMARY | AG_NHO_INJ_1213 | | Y | INTEGER | 4 | .. age 12-13 |
| CASE_CL_SUMMARY | AG_NHO_INJ_1415 | | Y | INTEGER | 4 | .. age 14-15 |
| CASE_EMPLOYER | CASE_ID | P1 | N | INTEGER | 4 | WHISARD CASE ID |
| CASE_EMPLOYER | ER_TRADE_NAME | | N | VARCHAR | 45 | Common business name |
| CASE_EMPLOYER | ER_TRADE_SOUNDEX | | Y | INTEGER | 4 | Employer Trade Name Soundex Code |
| CASE_EMPLOYER | ER_LEGAL_NAME | | Y | VARCHAR | 45 | Employer Legal Name |
| CASE_EMPLOYER | ER_LEGAL_SOUNDEX | | Y | INTEGER | 4 | Employer Legal Name Soundex Code |
| CASE_EMPLOYER | ER_ADDR1 | | Y | VARCHAR | 40 | Employer address line 1 |
| CASE_EMPLOYER | ER_ADDR2 | | Y | VARCHAR | 40 | Employer address line 2 |
| CASE_EMPLOYER | ER_ADDR3 | | Y | VARCHAR | 40 | Employer address line 3 |
| CASE_EMPLOYER | ER_CITY | | Y | VARCHAR | 30 | Employer city name |
| CASE_EMPLOYER | ER_STATE_ID | | Y | VARCHAR | 2 | Employer state |
| CASE_EMPLOYER | ER_ZIP | | Y | VARCHAR | 10 | Employer complete zipcode |
| CASE_EMPLOYER | ER_PHONE1 | | Y | VARCHAR | 25 | Employer primary phone number |
| CASE_EMPLOYER | ER_PHONE2 | | Y | VARCHAR | 25 | Employer secondary phone |
| CASE_EMPLOYER | ER_FAX | | Y | VARCHAR | 25 | Employer FAX number |
| CASE_EMPLOYER | ER_FAX_EXT | | Y | VARCHAR | 5 | fax extension number |
| CASE_EMPLOYER | ER_EIN | | Y | VARCHAR | 11 | Employer Identification Number |
| CASE_EMPLOYER | ER_COUNTY_ID | | Y | VARCHAR | 5 | Employer county ID |
| CASE_EMPLOYER | ER_TYPE_ID | | Y | SMALLINT | 2 | VT ER_TYPES:FLC Distributor IHE Regular ag-erhousing owner |

| Table | Column | Key | Null | Type | Size | Description |
|---|---|---|---|---|---|---|
| CASE_EMPLOYER | ER_BUS_ORG | | Y | SMALLINT | 2 | business organization - corp proprietorship S corp |
| CASE_EMPLOYER | ER_NAICS | | Y | VARCHAR | 6 | NAICS code for industry classification |
| CASE_EMPLOYER | ER_SIC_CODE | | Y | VARCHAR | 4 | SIC for industry Lookup to SIC CODE Table for validation |
| CASE_EMPLOYER | ER_NATURE_OF_BUS | | Y | VARCHAR | 40 | Rough description of business for cross check to SIC |
| CASE_EMPLOYER | ER_IC_COVERAGE_ID | | Y | SMALLINT | 2 | Employer involved in Interstate Commerce? |
| CASE_EMPLOYER | ER_NUM_OF_EES | | Y | INTEGER | 4 | Number of employees |
| CASE_EMPLOYER | ER_NUM_EE_AFFECTED | | Y | INTEGER | 4 | Number of employees affected by potential violation (estimate |
| CASE_EMPLOYER | ER_NUM_BRANCHES | | Y | SMALLINT | 2 | Number of branches |
| CASE_EMPLOYER | ER_BR_OUTSIDE_AO | | Y | CHAR | 1 | Y/N; branches outside WH office jurisdiction |
| CASE_EMPLOYER | ER_BNPI | | Y | SMALLINT | 2 | number of branches not physically investigated but included in investigation |
| CASE_EMPLOYER | PENALTY_TYPE | | Y | VARCHAR | 2 | penalty type: CMP OR NOT (for now) |
| CASE_EMPLOYER | EST_TYPE_ID | | Y | SMALLINT | 2 | hospital/care facility/large institution/other |
| CASE_EMPLOYER | EST_STATUS_ID | | Y | SMALLINT | 2 | profit/non profit/public/other |
| CASE_EMPLOYER | EST_CERT_TYPE | | Y | VARCHAR | 10 | GRP/BGRP/both/none(def wh321) |
| CASE_EMPLOYER | SPEC_COVERAGE_ID | | Y | SMALLINT | 2 | special coverage id.... laundry hospitals etc |
| CASE_EMPLOYER | WORKSHOP_TYPE | | Y | VARCHAR | 15 | type of workshop programs |
| CASE_EMPLOYER | TTL_EES_CURRENT_YR | | Y | INTEGER | 4 | Total ees in current year; Must be at least 50 Ees in 20 calendar Work Weeks...FMLA |
| CASE_EMPLOYER | TTL_EES_PRECEDE_YR | | Y | INTEGER | 4 | Total ees in preceeding calendar year? ..FMLA |
| CASE_EMPLOYER | ST_LOCAL_GOVT | | Y | CHAR | 1 | Y/N; state or local government flag |
| CASE_EMPLOYER | ER_PERM_ADDR1 | | Y | VARCHAR | 40 | Employer address line 1 |
| CASE_EMPLOYER | ER_PERM_ADDR2 | | Y | VARCHAR | 40 | Employer address line 2 |
| CASE_EMPLOYER | ER_PERM_ADDR3 | | Y | VARCHAR | 40 | Employer address line 3 |
| CASE_EMPLOYER | ER_PERM_CITY | | Y | VARCHAR | 30 | Employer city name |
| CASE_EMPLOYER | ER_PERM_STATE_ID | | Y | VARCHAR | 2 | Employer state |
| CASE_EMPLOYER | ER_PERM_ZIP | | Y | VARCHAR | 10 | Employer complete zipcode |
| CASE_EMPLOYER | ER_PERM_PHONE1 | | Y | VARCHAR | 25 | Employer primary phone number |
| CASE_EMPLOYER | ER_PERM_PHONE2 | | Y | VARCHAR | 25 | Employer secondary phone |
| CASE_EMPLOYER | ER_PERM_INTNTL_PH | | Y | VARCHAR | 25 | Employer INTERNATIONAL number |
| CASE_EMPLOYER | ER_PERM_FAX | | Y | VARCHAR | 25 | Employer FAX number |
| CASE_EMPLOYER | ER_PERM_FAX_EXT | | Y | VARCHAR | 5 | fax extension number |
| CASE_EMPLOYER | ER_PERM_COUNTY_ID | | Y | VARCHAR | 5 | county id of permanent address |
| CASE_EMPLOYER | LENG_LOCAL_STAY | | Y | VARCHAR | 20 | expected stay at local address |
| CASE_EMPLOYER | ER_AGENCY_TYPE | | Y | CHAR | 1 | F=Federal; S = State L= Local |
| CASE_EMPLOYER | ENDING_DAY_OF_WEEK | | Y | SMALLINT | 2 | 1= Sun 2= Mon 3=Tues 4= Wed 5=Thur 6= Fri 7= Sat; this is used for WH 56 processing |
| CASE_EMPLOYER | DATE_BUS_OPENED | | Y | DATE | 4 | Date business opened for business |
| CASE_ER_SITES | CASE_ER_STS_ID | P1 | N | INTEGER | 4 | sequential id for the Employer in the case record |
| CASE_ER_SITES | CASE_ID | P2 | N | INTEGER | 4 | WHISARD CASE ID |
| CASE_ER_SITES | ER_STS_TRADE_NAME | P3 | N | VARCHAR | 45 | Common business name |
| CASE_ER_SITES | ER_STS_TRDE_SOUNDX | | Y | VARCHAR | 25 | Employer Trade Name Soundex Code |
| CASE_ER_SITES | ER_STS_ADDR1 | | Y | VARCHAR | 40 | Employer address line 1 |
| CASE_ER_SITES | ER_STS_ADDR2 | | Y | VARCHAR | 40 | Employer address line 2 |
| CASE_ER_SITES | ER_STS_ADDR3 | | Y | VARCHAR | 40 | Employer address line 3 |
| CASE_ER_SITES | ER_STS_CITY | | Y | VARCHAR | 30 | Employer city name |
| CASE_ER_SITES | ER_STS_STATE_ID | | Y | VARCHAR | 2 | Employer state |
| CASE_ER_SITES | ER_STS_ZIP | | Y | VARCHAR | 10 | Employer complete zipcode |
| CASE_ER_SITES | ER_STS_PHONE1 | | Y | VARCHAR | 25 | Employer primary phone number |
| CASE_ER_SITES | ER_STS_PHONE2 | | Y | VARCHAR | 25 | Employer secondary phone |
| CASE_ER_SITES | ER_STS_INTNTL_PH | | Y | VARCHAR | 25 | Employer INTERNATIONAL number |
| CASE_ER_SITES | ER_STS_FAX | | Y | VARCHAR | 25 | Employer FAX number |
| CASE_ER_SITES | ER_STS_FAX_EXT | | Y | VARCHAR | 5 | fax extension number |
| CASE_ER_SITES | ER_STS_COUNTY_ID | | Y | VARCHAR | 5 | FK= V_COUNTY_CODES; County ID for this Employer Site |
| CASE_ER_SITES | ER_STS_TYPE_ID | | Y | SMALLINT | 2 | VT ER_TYPES:FLC Distributor IHE Regularag-erhousing owner |
| CASE_ER_SITES | ER_STS_BUS_ORG | | Y | SMALLINT | 2 | business organization - corp proprietorship S corp |
| CASE_ER_SITES | ER_STS_NAICS | | Y | VARCHAR | 6 | SIC for industry Lookup to SIC CODE Table for validation |
| CASE_ER_SITES | ER_STS_NUM_OF_EES | | Y | INTEGER | 4 | Number of employees |
| CASE_ER_SITES | ER_NUM_EE_AFFECTED | | Y | INTEGER | 4 | Number of employees affected by potential violation (estimate |
| CASE_ER_SITES | ER_STS_OUTSIDE_AO | | Y | CHAR | 1 | Y/N; branches outside WH office jurisdiction |
| KASE | CASE_ID | P1 | N | INTEGER | 4 | Unique case id assigned to a case starting with 1 |
| KASE | CASE_STATUS_ID | | N | SMALLINT | 2 | Case status changes through the life of the case. Lookup to CASE_STATUS table |
| KASE | COMPLIANCE_ID | | Y | SMALLINT | 2 | V_COMPLIANCE_STATUS |
| KASE | INVESTIGATING_RO | | N | INTEGER | 4 | investigating regional office - might change as case transitted/transferred or closed |
| KASE | INVESTIGATING_DO | | Y | INTEGER | 4 | investigating district office - might change as case transitted/transferred or closed |

*Center for Public Integrity v. DOL*, 21-1005 (JEB) / Exhibit 3

| Table | Column | Key | Nullable | Type | Size | Description |
|---|---|---|---|---|---|---|
| KASE | INVESTIGATING_AO | | Y | INTEGER | 4 | investigating area office - might change as case transitted/transferred or closed |
| KASE | INVESTIGATING_FO | | Y | INTEGER | 4 | investigating field office - might change as case transitted/transferred or closed |
| KASE | DATE_BEG_INV_PER | | Y | DATE | 4 | begin date of period of investigation ie last 2 years (yyyy/mm) |
| KASE | DATE_END_INV_PER | | Y | DATE | 4 | end date of period of investigation (yyyy/mm) |
| KASE | DATE_CONCLUDED | | Y | DATE | 4 | Date case finally closed using new definition of closed |
| KASE | CONCLUDE_REASON_ID | | Y | SMALLINT | 2 | values:default inability to payconsolidationcriminal litigation rejected litigation droppedot |
| KASE | UNDUP_EES_COMPUTED | | Y | INTEGER | 4 | Unduplicated Ees involved in case |
| KASE | UNDUP_EES_ASSESSED | | Y | INTEGER | 4 | unduplicated Ees agreed to in case |
| KASE | UNDUP_EES_VIOLATED | | Y | INTEGER | 4 | Unduplicated Ees with violations excluding "00" violation; if summary act reporting no rollup of |
| KASE | TTL_CASE_VIOLATION | | Y | INTEGER | 4 | case_act_eer_viol violations multiplied by num_ees_represente |
| KASE | AMT_BW_COMPUTED | | Y | DECIMAL | 16 | total amts computed for BW (MW OT FBLD) |
| KASE | AMT_BW_ASSESSED | | Y | DECIMAL | 16 | total amts agreed to for BW (MWOT FB LD) |
| KASE | TTL_BW_PD_TO_DATE | | Y | DECIMAL | 16 | total amts of BW paid to date from all sources (collections and BCDS) |
| KASE | TTL_CMP_PD_TO_DATE | | Y | DECIMAL | 16 | total amt CMP paid to date |
| KASE | AMT_LD_ASSESSED | | Y | DECIMAL | 16 | total amount of LD assessed |
| KASE | AMT_BW_RESOLVED | | Y | DECIMAL | 16 | total amts resolved through litigation for this case BW (MWOTFBLD) |
| KASE | AMT_CMP_RESOLVED | | Y | DECIMAL | 16 | total amts resolved through litigation for CMP |
| KASE | DATE_REGISTERED | | Y | DATE | 4 | Date registered |
| KASE | INVEST_TOOL_ID | | N | SMALLINT | 2 | see v_invest_tools |
| KASE | RECURR_VIOL | | Y | CHAR | 1 | Y/N; Y=had prior (not necessarily the same) violation |
| KASE | REINVESTIGATION | | Y | CHAR | 1 | Y/N; Y=this is a reinvestigation |
| KASE | REPEAT_VIOLATION | | Y | CHAR | 1 | Y/N; Y=had prior (the same) violation |
| KASE | REGISTRATION_ACT | | N | VARCHAR | 6 | ->v_act; primary act indicated at registration |
| V_ACT | ACT_ID | P1 | N | VARCHAR | 6 | Code used for specific ACTS and related violations |
| V_ACT | ACT_NAME | | N | VARCHAR | 60 | ACT name and specific violation. |
| V_ACT | ACT_GROUP | | Y | VARCHAR | 6 | used to group the acts SMW and Govt Contracts |
| V_ACT | ACT_CONCIL_ABILITY | | Y | CHAR | 1 | Is case permitted to be conciliated by law; value: Y/N |
| V_ACT | ACT_WORKFORCE_MIN | | Y | INTEGER | 4 | Minimum workforce size for coverage under Act. |
| V_ACT | ACT_WORKFORCE_MAX | | Y | INTEGER | 4 | Maximum workforce limit for coverage under Act. |
| V_ACT | ACT_MIN_REVENUE | | Y | DECIMAL | 16 | Minimum revenue for coverage by Act. |
| V_ACT | SORT_ORDER | | Y | SMALLINT | 2 | used to order data |
| V_ACT | ACTIVE_FLAG | | Y | CHAR | 1 | Y/N; Y is default N means no longer used but data exists if historical records |
| V_ACT | CMP_EXCEPT_PERIOD | | Y | SMALLINT | 2 | Number of days within which exceptions must be filed |
| V_ACT_VIOL_CODES | VIOL_CODE | P1 | N | VARCHAR | 3 | Code used in table |
| V_ACT_VIOL_CODES | ACT_ID | | N | VARCHAR | 6 | Act ID; FK V_ACT |
| V_ACT_VIOL_CODES | VIOL_CODE_DESC | | N | VARCHAR | 50 | Code description |
| V_ACT_VIOL_CODES | SORT_ORDER | | Y | SMALLINT | 2 | display order |
| V_ACT_VIOL_CODES | ACTIVE_FLAG | | Y | CHAR | 1 | Y/N; Y is default N means no longer used but data exists if historical records |
| V_ACT_VIOLATIONS | VIOLATION_ID | P1 | N | SMALLINT | 2 | record key to file |
| V_ACT_VIOLATIONS | ACT_ID | | N | VARCHAR | 6 | Act ID; FK V_ACT |
| V_ACT_VIOLATIONS | VIOLATION_NO | | N | VARCHAR | 4 | violation number |
| V_ACT_VIOLATIONS | VIOLATION_TYPE | | N | VARCHAR | 6 | AG AH NA NH… |
| V_ACT_VIOLATIONS | VIOLATION_DESC | | N | VARCHAR | 150 | violation description |
| V_ACT_VIOLATIONS | EE_ER_VIOL | | N | CHAR | 1 | violation can apply to the following:  E= employee; R = employer;B= Botl |
| V_ACT_VIOLATIONS | START_AGE | | Y | INTEGER | 4 | start age range for violation |
| V_ACT_VIOLATIONS | END_AGE | | Y | INTEGER | 4 | end age range for violation |
| V_ACT_VIOLATIONS | FLAG_COMPUTE_FB | | Y | CHAR | 1 | FB need to be computed for this ACT/VIOLATION |
| V_ACT_VIOLATIONS | ACTIVE_FLAG | | Y | CHAR | 1 | Y/N; Y is default N means no longer used but data exists if historical records |
| V_BUS_ORG_TYPE | BUS_TYPE_ID | P1 | N | SMALLINT | 2 | record key for business types |
| V_BUS_ORG_TYPE | BUS_TYPE_DESC | | N | VARCHAR | 25 | business type; corp priopritor partnership S Corp |
| V_BUS_ORG_TYPE | SORT_ORDER | | Y | SMALLINT | 2 | sort order for display |
| V_BUS_ORG_TYPE | ACTIVE_FLAG | | Y | CHAR | 1 | Y/N; Y is default N means no longer used but data exists if historical records |
| V_BUS_ORG_TYPE | PICKLIST_DEF | | Y | VARCHAR | 125 | definition of picklist item |
| V_BUS_STATUS | BUS_STATUS_ID | P1 | N | SMALLINT | 2 | record key for business status |
| V_BUS_STATUS | BUS_STATUS_DESC | | N | VARCHAR | 30 | Closed Open Out of Business Bankruptcy |
| V_BUS_STATUS | SORT_ORDER | | Y | SMALLINT | 2 | sort order for display |
| V_BUS_STATUS | ACTIVE_FLAG | | Y | CHAR | 1 | Y/N; Y is default N means no longer used but data exists if historical records |
| V_BUS_STATUS | PICKLIST_DEF | | Y | VARCHAR | 125 | definition of picklist item |
| V_CASE_ACTIONS | ACTION_ID | P1 | N | SMALLINT | 2 | case action id |
| V_CASE_ACTIONS | ACTION_DESC | | N | VARCHAR | 50 | followup invest admin action 103(a); Civil 502; CMP 503;Criminal 501(a); Denial of EMP Svc 101(c |
| V_CASE_ACTIONS | SORT_ORDER | | Y | SMALLINT | 2 | sort key for display |
| V_CASE_ACTIONS | ACTIVE_FLAG | | Y | CHAR | 1 | Y/N; Y is default N means no longer used but data exists if historical records |

*Center for Public Integrity v. DOL*, 21-1005 (JEB) / Exhibit 3

| Table | Column | Key | Nullable | Type | Size | Description |
|---|---|---|---|---|---|---|
| V_CASE_ACTIONS | PICKLIST_DEF | | Y | VARCHAR | 125 | definition of picklist item |
| V_CASE_STATUS | CASE_STATUS_ID | P1 | N | SMALLINT | 2 | case status key number |
| V_CASE_STATUS | CASE_STATUS_DESC | | N | VARCHAR | 30 | case status description (reg/assgn/open/review mgmt/follow up (collect)/close/follow up/litig/drop |
| V_CASE_STATUS | SORT_ORDER | | Y | SMALLINT | 2 | sort key for display |
| V_CASE_STATUS | ACTIVE_FLAG | | Y | CHAR | 1 | Y/N; Y is default N means no longer used but data exists if historical records |
| V_CASE_STATUS | PICKLIST_DEF | | Y | VARCHAR | 125 | definition of picklist item |
| V_COMPLY_STATUS | COMPLY_TYPE_ID | P1 | N | SMALLINT | 2 | compliance key number |
| V_COMPLY_STATUS | COMPLY_TYPE_DESC | | N | VARCHAR | 40 | comp/non-comp(nonexist recincomplete recother)/undet.comp(rec elsewhereno adv noticesuspect doc |
| V_COMPLY_STATUS | SORT_ORDER | | Y | SMALLINT | 2 | sort key for display |
| V_COMPLY_STATUS | ACTIVE_FLAG | | Y | CHAR | 1 | Y/N; Y is default N means no longer used but data exists if historical records |
| V_COMPLY_STATUS | PICKLIST_DEF | | Y | VARCHAR | 125 | definition of picklist item |
| V_CONCLUDED_REASON | REASON_ID | P1 | N | SMALLINT | 2 | reason code |
| V_CONCLUDED_REASON | REASON_DESC | | N | VARCHAR | 30 | reason description |
| V_CONCLUDED_REASON | ACTIVE_FLAG | | Y | CHAR | 1 | Y/N; Y is default N means no longer used but data exists if historical records |
| V_COUNTY_CODES | COUNTY_ID | P1 | N | VARCHAR | 5 | PK = V_COUNTY_CODES |
| V_COUNTY_CODES | COUNTY_NAME | | Y | VARCHAR | 50 | County name |
| V_COUNTY_CODES | STATE_ID | | Y | VARCHAR | 2 | State |
| V_COUNTY_CODES | SORT_ORDER | | Y | SMALLINT | 2 | sort key for display |
| V_COUNTY_CODES | ACTIVE_FLAG | | Y | CHAR | 1 | Y/N; Y is default N means no longer used but data exists if historical records |
| V_COUNTY_CODES | FIPS_STATECODE | | Y | VARCHAR | 2 | FIPS state cpde |
| V_COUNTY_CODES | FIPS_COUNTYCODE | | Y | VARCHAR | 3 | FIPS county code |
| V_ER_EE_CNT_RANGES | COUNT_RANGE_ID | P1 | N | SMALLINT | 2 | code of range of # of Ees |
| V_ER_EE_CNT_RANGES | COUNT_RANGE | | N | VARCHAR | 25 | range of # of Ees |
| V_ER_EE_CNT_RANGES | COUNT_RANGE_DESC | | Y | VARCHAR | 125 | description if needed |
| V_ER_EE_CNT_RANGES | SORT_ORDER | | Y | SMALLINT | 2 | display order |
| V_ER_EE_CNT_RANGES | ACTIVE_FLAG | | Y | CHAR | 1 | Y/N; Y is default N means no longer used but data exists if historical records |
| V_ER_TYPE | ER_TYPE_ID | P1 | N | SMALLINT | 2 | employer classification |
| V_ER_TYPE | ER_TYPE_DESC | | N | VARCHAR | 20 | employer classification:flc/distributor/ag-er/user/ag_assn/IHE/housing owner/regula |
| V_ER_TYPE | SORT_ORDER | | Y | SMALLINT | 2 | sort key for display |
| V_ER_TYPE | ACTIVE_FLAG | | Y | CHAR | 1 | Y/N; Y is default N means no longer used but data exists if historical records |
| V_ER_TYPE | PICKLIST_DEF | | Y | VARCHAR | 125 | definition of picklist item |
| V_EST_STATUS | EST_STATUS_ID | P1 | N | SMALLINT | 2 | establishment status key number |
| V_EST_STATUS | EST_STATUS_DESC | | N | VARCHAR | 20 | establishment status: Open / Closed |
| V_EST_STATUS | SORT_ORDER | | Y | SMALLINT | 2 | sort key for display |
| V_EST_STATUS | ACTIVE_FLAG | | Y | CHAR | 1 | Y/N; Y is default N means no longer used but data exists if historical records |
| V_EST_TYPE | EST_TYPE_ID | P1 | N | SMALLINT | 2 | establishment type number |
| V_EST_TYPE | EST_TYPE_DESC | | N | VARCHAR | 20 | establishment type: Profit / Non Profit |
| V_EST_TYPE | SORT_ORDER | | Y | SMALLINT | 2 | sort key for display |
| V_EST_TYPE | ACTIVE_FLAG | | Y | CHAR | 1 | Y/N; Y is default N means no longer used but data exists if historical records |
| V_INJURY_LEVEL | INJURY_LEVEL_ID | P1 | N | SMALLINT | 2 | record key to injury level table |
| V_INJURY_LEVEL | INJURY_LEVE_DESC | | N | VARCHAR | 20 | Description serious perm death etc |
| V_INJURY_LEVEL | SORT_ORDER | | Y | SMALLINT | 2 | sort key for display |
| V_INJURY_LEVEL | ACTIVE_FLAG | | Y | CHAR | 1 | Y/N; Y is default N means no longer used but data exists if historical records |
| V_INJURY_LEVEL | PICKLIST_DEF | | Y | VARCHAR | 125 | definition of picklist item |
| V_INVEST_TOOLS | INVEST_TOOL_ID | P1 | N | SMALLINT | 2 | record key to investigation type table |
| V_INVEST_TOOLS | INVEST_TOOL_DESC | | N | VARCHAR | 30 | conciliationfull invlimited invetc |
| V_INVEST_TOOLS | ACTIVE_FLAG | | Y | CHAR | 1 | Y/N; Y is default N means no longer used but data exists if historical records |
| V_LEVEL | LEVEL_ID | P1 | N | CHAR | 1 | Event level; value: NATIONAL REGIONAL DISTRICT. |
| V_LEVEL | LEVEL_DESC | | N | VARCHAR | 20 | N R DAF |
| V_LEVEL | SORT_ORDER | | Y | SMALLINT | 2 | sort key for display |
| V_LEVEL | ACTIVE_FLAG | | Y | CHAR | 1 | Y/N; Y is default N means no longer used but data exists if historical records |
| V_LEVEL | PICKLIST_DEF | | Y | VARCHAR | 125 | definition of picklist item |
| V_NAICS | NAICS | P1 | N | VARCHAR | 6 | NAICS code |
| V_NAICS | NAICSTEXT | | N | VARCHAR | 125 | NAICS description |
| V_SPEC_COVERAGE | SPEC_COVERAGE_ID | P1 | N | SMALLINT | 2 | record key for Special Coverage |
| V_SPEC_COVERAGE | SPEC_COVERAGE_DESC | | N | VARCHAR | 40 | Construction Hospital Cleaning/Laundry (see FOH |
| V_SPEC_COVERAGE | SORT_ORDER | | Y | SMALLINT | 2 | sort order for display |
| V_SPEC_COVERAGE | ACTIVE_FLAG | | Y | CHAR | 1 | Y/N; Y is default N means no longer used but data exists if historical records |
| V_SPEC_COVERAGE | PICKLIST_DEF | | Y | VARCHAR | 125 | definition of picklist item |
| V_STATE_CODES | STATE_ID | P1 | N | VARCHAR | 2 | State code. |
| V_STATE_CODES | STATE_NAME | | N | VARCHAR | 30 | Full state name. |
| V_STATE_CODES | FIPS_CODE | | Y | VARCHAR | 2 | FIPS numeric code for the state |

*Center for Public Integrity v. DOL*, 21-1005 (JEB) / Exhibit 3

| Table | Column | Key | Nullable | Type | Size | Description |
|---|---|---|---|---|---|---|
| V_VIOL_REASON | REASON_ID | P1 | N | SMALLINT | 2 | Violation reason code. |
| V_VIOL_REASON | ACT_ID | | Y | VARCHAR | 6 | Act ID; FK V_ACT |
| V_VIOL_REASON | REASON_DESC | | Y | VARCHAR | 75 | Description of violation reason |
| WH_OFFICE | WH_OFFICE_ID | P1 | N | INTEGER | 4 | WH office code. |
| WH_OFFICE | WH_OFFICE_NAME | | N | VARCHAR | 60 | WH office name. |
| WH_OFFICE | WH_OFC_ADDR1 | | Y | VARCHAR | 40 | WH office address line 1. |
| WH_OFFICE | WH_OFC_ADDR2 | | Y | VARCHAR | 40 | WH office address line 2. |
| WH_OFFICE | WH_OFC_ADDR3 | | Y | VARCHAR | 40 | WH office address line 3. |
| WH_OFFICE | WH_OFC_CITY | | Y | VARCHAR | 30 | WH office city. |
| WH_OFFICE | WH_OFC_STATE | | Y | VARCHAR | 2 | WH state code. |
| WH_OFFICE | WH_OFC_ZIP | | Y | VARCHAR | 10 | WH office zip code. |
| WH_OFFICE | WH_OFC_FAX | | Y | VARCHAR | 25 | WH office fax number. |
| WH_OFFICE | WH_OFC_FAX_EXT | | Y | VARCHAR | 5 | WH office fax line extension |
| WH_OFFICE | WH_OFC_PHONE1 | | Y | VARCHAR | 25 | WH office primary phone line. |
| WH_OFFICE | WH_OFC_PH1_EXT | | Y | VARCHAR | 5 | Primary Phone extension for WH Office |
| WH_OFFICE | WH_OFC_PHONE2 | | Y | VARCHAR | 25 | WH office secondary phone line. |
| WH_OFFICE | WH_OFC_PH2_EXT | | Y | VARCHAR | 5 | Secondary Phone extension for WH Office |
| WH_OFFICE | WH_OFC_TIME_OFFSET | | Y | INTEGER | 4 | Number of hours difference from main server |
| WH_OFFICE | DAYLIGHT_SAVINGS | | Y | CHAR | 1 | Default of "Y"; N for only those special locations |
| WH_OFFICE | OFFICE_LEVEL | | Y | CHAR | 1 | Office level:  N(National) R(Regional) D(District) A(Area) F(Field Office) |
| WH_OFFICE | NATION_OFFICE | | Y | INTEGER | 4 | national office |
| WH_OFFICE | REGION_OFFICE | | Y | INTEGER | 4 | Its Regional Office ID; a foreign key referencing WH_OFFICES. |
| WH_OFFICE | DISTRICT_OFFICE | | Y | INTEGER | 4 | Its District Office ID; a foreign key referencing WH_OFFICES. |
| WH_OFFICE | AREA_OFFICE | | Y | INTEGER | 4 | Its Area Office ID; a foreign key referencing WH_OFFICES. |
| WH_OFFICE | FIELD_OFFICE | | Y | INTEGER | 4 | WH office ID. |
| WH_OFFICE | DATE_EFFECTIVE | | Y | DATE | 4 | Effect date of office relationship |
| WH_OFFICE | WH_OFC_STATUS | | Y | CHAR | 1 | WH office status:  Y = Active N = Inactive.  Default = Y |
| WH_OFFICE | TREE_LVL_1 | | Y | INTEGER | 4 | national office |
| WH_OFFICE | TREE_LVL_2 | | Y | INTEGER | 4 | Its Regional Office ID; a foreign key referencing WH_OFFICES. |
| WH_OFFICE | TREE_LVL_3 | | Y | INTEGER | 4 | Its District Office ID; a foreign key referencing WH_OFFICES. |
| WH_OFFICE | TREE_LVL_4 | | Y | INTEGER | 4 | Its Area Office ID; a foreign key referencing WH_OFFICES. |
| WH_OFFICE | TREE_LVL_5 | | Y | INTEGER | 4 | WH office ID. |

*Center for Public Integrity v. DOL*, 21-1005 (JEB) / Exhibit 3