U.S. Department of Labor     Wage and Hour Division
Washington, D.C. 20210



January 12, 2021

Alexia Fernandez Campbell     Sent via email to *Alexia.139852@mail.ifoia.org*
Center for Public Integrity
910 17th Street N.W., 7th Floor
Washington, DC 20006-2606

RE:    Freedom of Information Act Supplemental Response
        Tracking Number 2021-F-00851

Dear Ms. Fernandez Campbell:

The Wage and Hour Division (WHD) of the U.S. Department of Labor is responding to your request made under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, dated October 22, 2020. Specifically, you asked for the complete database or other similar electronic copy of all concluded Wage and Hour Division compliance actions from 2005 to the date you conduct the responsive search, including a field indicating the statute under which each complaint was filed or under which each investigation was initiated.

In accordance with 29 CFR § 70.20(a), we can only include responsive documents in our possession as of the date our search began. The search began on October 27, 2020. After performing an electronic search of relevant files, we located the responsive documents you requested. After reviewing the responsive documents, 30 data tables are being released in full and 1 data table is being withheld in full, pursuant to the following exemptions:

- Exemption 6 [5 U.S.C. § 552(b)(6)] – WHD is invoking this exemption to protect information, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

- Exemption 7(C) [5 U.S.C. § 552(b)(7)(C)] – WHD is invoking this exemption to protect records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy.

There were no processing costs incurred; therefore, your request for a fee waiver is moot.

For further assistance, please contact ReNay Royster by email at *royster.renay.l@dol.gov* or call 202-693-1074. You may also call this office at 202-693-1004. If we cannot assist you in your concerns, you may contact the Departmental FOIA Public Liaison, Thomas Hicks, at 202-693-5427 or email at *hicks.thomas@dol.gov*. Alternatively, you may contact the Office of Government Information Services National Archives and Records Administration regarding available mediation services at Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001. You can also

reach that office by email at *ogis@nara.gov*, by phone at 202-741-5770, by fax at 202-741-5769, or by calling toll-free at 877-684-6448.

Finally, if you are not satisfied with the response to this request, you may administratively appeal by writing to the Solicitor of Labor within 90 days from the date of this letter. The appeal must state in writing the grounds for the appeal, and it may include any supporting statements or arguments, but such statements are not required. In order to facilitate processing of the appeal, please include your mailing address and daytime telephone number, as well as a copy of the initial request and copy of this letter. The envelope and letter of the appeal should be clearly marked "Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision. The appeal should be addressed to the Solicitor of Labor, Division of Management and Administrative Legal Services, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N2420, Washington, DC 20210. Appeals may also be submitted by email to *foiaappeal@dol.gov*. Appeals submitted to any other email address will not be accepted.

Sincerely,

Dexter E. Johnson
Digitally signed by Dexter E. Johnson
Date: 2021.01.12 15:20:47 -05'00'

Dexter Johnson
Chief, Branch of Document Management

Attachment