**U.S. Department of Labor**  Wage and Hour Division
Washington, D.C. 20210



July 20, 2021

Alexia Fernandez Campbell  Sent via email to *Alexia.139852@mail.ifoia.org*
Center for Public Integrity
910 17th Street N.W., 7th Floor
Washington, DC 20006-2606

RE:   Freedom of Information Act 3rd Supplemental Response
      Tracking Number 2021-F-00851

Dear Ms. Fernandez Campbell:

The Wage and Hour Division (WHD) of the U.S. Department of Labor is providing a supplemental response to your request made under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, dated October 22, 2020. Specifically, you asked for the complete database or other similar electronic copy of all concluded Wage and Hour Division compliance actions from 2005 to the date you conduct the responsive search, including a field indicating the statute under which each complaint was filed or under which each investigation was initiated.

In accordance with 29 CFR § 70.20(a), we can only include responsive documents in our possession as of the date our search began. The search began on October 27, 2020. After performing an electronic search of relevant files, we located the responsive documents you requested. After reviewing the responsive documents, one previously previously withheld data table is being provided.

Sincerely,

Dexter E. Johnson
Digitally signed by Dexter E. Johnson
Date: 2021.07.20 15:47:29 -04'00'

Dexter Johnson
Chief, Branch of Document Management

cc:   Dedra Curteman (DOJ)