| Column Name | Column Business Description | Additional Description | Notes | Basis For Exemption |
|---|---|---|---|---|
| BF_COMMENTS | | Describes the identity of an employee's decendant/administrator where the employee due back wages is deceased. | We stopped collecting this field in 2005. This is only an issue in 5 cases in thiis production. | Exemption 6 and 7(C): the Identity of a non-governmental individual. It is being withheld to protect against unwarranted invasions of personal privacy. |
| EE_ADDR1 | Case Employees Employee Address Line 1 Text is the first line of the Address. | Employee's personal address. | | Exemption 6 and 7(C): Home address of an individual. It is being withheld to protect against unwarranted invasions of personal privacy. |
| EE_ADDR2 | Case Employees Employee Address Line 2 Text is the second line of the Address. | Employee's personal address (second line). | | Exemption 6 and 7(C): Home address of an individual. It is being withheld to protect against unwarranted invasions of personal privacy. |
| EE_ADDR3 | Case Employees Employee Address Line 3 Text is the third line of the Address. | Employee's personal address third line). | | Exemption 6 and 7(C): Home address of an individual. It is being withheld to protect against unwarranted invasions of personal privacy. |
| EE_COMPLAINANT | Case Employees Employee Complainant Indicator specifies whether or not the Employee is also the Complainant. | Identifies empoyee who submitted complaint to WHD. | N' is selected for all employees that are not the complainant. | Exemption 7(D): Reveals the identity of the employee in a case who is the confidential source of information that lead the WHD to commence the investigation. It is being withheld to protect confidential sources. |
| EE_EMAIL | Case Employees Employee Electronic Mail Address Text uniquely represents an individual's internet mail network. | Employee's personal email. | | Exemption 6 and 7(C): Personal E-Mail Address of an individual. It is being withheld to protect against unwarranted invasions of personal privacy. |
| EE_F_NAME | Case Employees Employee First Name is the given name of an Employee | Employee's first name. | | Exemption 6 and 7(C): First name of a non-governmental individual. It is being withheld to protect against unwarranted invasions of personal privacy. |
| EE_INTNTL_PH_EXT | Case Employees Employee International Phone Extension Number is the suffix of a telephone number that identifies a particular Phone associated within a telephone network outside the United States. | Employee's international extention number related to personal phone number. | | Exemption 6 and 7(C): Personal Phone number of an individual. It is being withheld to protect against unwarranted invasions of personal privacy. |
| EE_INTNTL_PHONE | Case Employees Employee International Phone Number is the digits in a telephone number that are entered to contact a particular person outside the United States. | Employee's international personal phone number. | | Exemption 6 and 7(C): Personal Phone number of an individual. It is being withheld to protect against unwarranted invasions of personal privacy. |
| EE_L_NAME | Case Employees Employee Last Name is the surname of the Employee. | Employee's last name. | | Exemption 6 and 7(C): Last name of a non-governmental individual. It is being withheld to protect against unwarranted invasions of personal privacy. |
| EE_PERM_ADDR1 | Case Employees Employee Permanent Address Line 1 Text is the first line of the Address. | Employee's personal permanent address. | | Exemption 6 and 7(C): Home address of an individual. It is being withheld to protect against unwarranted invasions of personal privacy. |
| EE_PERM_ADDR2 | Case Employees Employee Permanent Address Line 2 Text is the second line of the Address. | Employee's personal permanent address (second address). | | Exemption 6 and 7(C): Home address of an individual. It is being withheld to protect against unwarranted invasions of personal privacy. |
| EE_PERM_ADDR3 | Case Employees Employee Permanent Address Line 3 Text is the third line of the Address. | Employee's personal permanent address (third address). | | Exemption 6 and 7(C): Home address of an individual. It is being withheld to protect against unwarranted invasions of personal privacy. |